## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| SUSAN ARENDS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | No. 3:10-cv-558 |
|     vs. | ) | |
| | ) | |
| PINNACLE FINANCIAL GROUP, | ) | |
| INCORPORATED, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
|     Defendant. | ) | |

Now comes the Plaintiff SUSAN ARENDS, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

/s/ M. Lynette Hartsell

M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 305
(866) 551-7791 fax
Lynette@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 305
(866) 551-7791 fax
Lynette@LuxenburgLevin.com